Forrest Plant, Jr. – SBN 072266
Goldsberry, Freeman & Guzman, LLP
777 12th Street, Suite 250
Sacramento, CA  95814
(916) 448-0448; fax (916) 448-8628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY/ATV HARMONY; et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>RUBEN MENDOZA CHAVEZ,<br><br>    Defendant. | Case No. 1:09-CV-01113-OWW-DLB<br><br>**STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Sony/ATV Harmony, Dubose & Dorothy Heyward Memorial Fund Publishing, George Gershwin Music, Ira Gershwin Music, Warner Bros., Inc.; Impulsive Music, Antisia Music, Inc., and Cherry Lane Music Publishing (hereinafter "Plaintiffs") and Ruben M. Chavez, Noe P. Sanchez, Noel P. Sanchez and Edgar P. Sanchez (hereinafter "Defendants") as follows:

1. Defendant Ruben Mendoza Chavez and Plaintiffs stipulate that the complaint on file herein shall be amended to add Noe P. Sanchez, Noel P. Sanchez and Edgar P. Sanchez as defendants pursuant to FRCP 15.  Noe P. Sanchez, Noel P. Sanchez and Edgar P. Sanchez stipulate to the jurisdiction of this court, to their addition as defendants in this action, to waiver

PDF created with pdfFactory trial version www.pdffactory.com

of service of the summons and complaint on them, and to the terms and conditions hereinafter set forth.

    2.    Defendants shall pay to the American Society of Composers, Authors and Publishers (ASCAP), on behalf of Plaintiffs, the sum of Eight Thousand Five Hundred Dollars ($8,500.00). Payment is to be made by twelve installment payments of Seven Hundred Eight and 33/100 Dollars ($708.33) each due on the first day of each month beginning September 1, 2009.

    3.    This Stipulation is in settlement of all claims and causes of action by members of ASCAP against Defendants for willful infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted musical works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through the date this Stipulation is entered as an Order by the court. Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

    4.    Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendants a current ASCAP General License Agreement for the Modesto, California establishment known as Jacob's Fine Dining. Defendants shall accept and execute said license agreement and comply with all terms and conditions of the license agreement. License fees due under the license agreement for all periods through December 31, 2009 are included in the settlement amount referred to in Paragraph 2 above; license fees for periods beginning January 1, 2010 shall be paid to ASCAP when due as provided for in the license agreement.

2
STIPULATION FOR SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

5. Failure of Defendants to make the payments as set forth in Paragraph 2 above will constitute a default of Defendants' obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

6. In the event of any default or other occurrence upon which judgment may be entered as set forth above, and upon seven days' written notice from ASCAP or the attorneys for Plaintiffs to Defendants' attorney, Plaintiffs may apply to the Court for entry of judgment, and judgment shall be entered against Defendants in the amount of Twelve Thousand Dollars ($12,000.00) less the amount of any payment made by Defendants pursuant to paragraph 2 above.

7. This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

8. This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 6 above.

**IT IS SO STIPULATED**.

**Plaintiffs:**

SONY/ATV HARMONY, *et al.* by their attorney-in-fact, American Society of Composers, Authors and Publishers

Dated: August 21, 2009.       By:   /s/   Richard H. Reimer
                                    RICHARD H. REIMER
                                    Senior Vice-President, Legal Services
                                    American Society of Composers, Authors
                                    and Publishers

**Defendants:**

Dated: August 17, 2009.              /s/ Ruben M. Chavez
                                     Ruben M. Chavez

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 18, 2009.                    /s/ Noe P. Sanchez
                                           Noe P. Sanchez


Dated: August 18, 2009.                    /s/ Noel P. Sanchez
                                           Noel P. Sanchez


Dated: August 18, 2009.                    /s/ Edgar P. Sanchez
                                           Edgar P. Sanchez


**APPROVED AS TO FORM:**

Dated: August 21, 2009.                    GOLDSBERRY, FREEMAN & GUZMAN, LLP


                                           By:  /s/ Forrest Plant, Jr.
                                               FORREST PLANT, JR.
                                               Attorneys for Plaintiffs


Dated: August 18, 2009.                    LOSCH & EHRLICH


                                           By:  /s/ Joseph J. Ehrlich
                                               JOSEPH J. EHRLICH
                                               Attorneys for Defendants


**IT IS SO ORDERED.**


Dated:  8/25/2009                          /s/ OLIVER W WANGER
                                           UNITED STATES DISTRICT COURT JUDGE

4
STIPULATION FOR SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com