Forrest Plant, Jr. – SBN 072266
Goldsberry, Freeman & Guzman, LLP
777 12th Street, Suite 250
Sacramento, CA  95814
(916) 448-0448; fax (916) 448-8628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY/ATV HARMONY; DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING; GEORGE GERSHWIN MUSIC; IRA GERSHWIN MUSIC; WARNER BROS., INC.; IMPULSIVE MUSIC; ANTISIA MUSIC, INC.; and CHERRY LANE MUSIC PUBLISHING,<br><br>Plaintiffs,<br><br>vs.<br><br>RUBEN MENDOZA CHAVEZ,<br><br>Defendant. | Case No. 1:09-CV-01113-OWW-DLB<br><br>**JUDGMENT** |

It is Ordered, Adjudged and Decreed that judgment is entered against defendants Ruben Mendoza Chavez, Noe P. Sanchez, Noel P. Sanchez and Edgar P. Sanchez, jointly and severally, in favor of plaintiffs in the amount of $9,081.00 as statutory damages under 17 U.S.C. § 504(c)(1)  plus interest accruing from the date of entry hereof at the legal rate.

IT IS SO ORDERED.

Dated:   **September 9, 2010**                              **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE